CLOSED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**David Rodriguez-Salazar**

Citizen of Mexico

USM#: 62926-008    DOB: 1965

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15346-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A26 929 664 / A19 216 536

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/29/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count ONE, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15346-001M-SD**  *Page 2 of 2*
*USA vs. David Rodriguez-Salazar*

Date of Imposition of Sentence: **Friday, February 29, 2008**

_____  Date  3/5/08  _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By:_____
United States Marshal                                          Deputy Marshal
08-15346-001M-SD -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 2/29/08     CASE NUMBER: 08-15346-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. David Rodriguez-Salazar

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D Marcia Resler
                                      LANGUAGE: Spanish
Attorney for Defendant  Brenda Sandoval for Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 1/30/08        ☒ Complaint Filed           ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**  ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**  ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts ONE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE  of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of SIX (6) MONTHS  ☐ Probation/Supervised Release for _
☒ Special Assessment $ REMITTED   ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CASE NUMBER 08-15346M-SD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF REMOVAL HEARING** |
| | ) | |
| David Rodriguez -Salazar | ) | |
| Defendant. | ) | |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this  29  day of  Feb.  , 2008.


X DAVID Rodriguez.
     Defendant


_____Brenda Sandoval_____
Attorney for the Defendant

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
David RODRIGUEZ-Salazar
AKA: Daniel RODRIGUEZ-Laguna
Citizen of Mexico
YOB: 1965
A#: 26 929 664/19 216 536
Illegal Alien

~~AMENDED~~
CRIMINAL COMPLAINT

CASE NUMBER: 08-15346M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 21, 2008, within the Southern District of California, Defendant David RODRIGUEZ-Salazar, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Melissa M. Stachowski
ICE Special Agent

Sworn to before me and subscribed in my presence,

February 28, 2008                    at              Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:            David RODRIGUEZ-Salazar

Dependents:           None

**IMMIGRATION HISTORY:**   The Defendant was last removed through the Nogales Port of Entry on 12/10/2003.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/18/85 | El Paso, Texas | False Claim to US Citizenship | Unknown |
| 02/17/89 | San Luis, Arizona | Driving while intoxicated | Convicted: 1 day jail/ $413 fine |
| 03/08/89 | San Luis, Arizona | Driving under the influence/felony flee | Unknown |
| 09/27/89 | Yuma, Arizona | Failure to Appear | Unknown |
| 10/06/93 | Yuma, Arizona | Contempt of Court | Unknown |
| 03/21/94 | San Diego, California | Alien Smuggling | Unknown |
| 10/25/95 | San Luis, Arizona | False Claim to US Citizenship | Prosecution Declined |
| 12/24/97 | Yuma, Arizona | Possession of fraudulent documents | Convicted: 7 months prison/1 year supervised release |
| 04/08/98 | Forrest City, Arkansas | Fraudulent Identification documents | Convicted: 7 months/SRT 1 year |
| 07/16/98 | Oakdale, Louisiana | Crime Involving Moral Turpitude/not paroled or admitted into US | Deported |
| 06/16/99 | Yuma, Arizona | Illegal Entry/False Identification Documents | Convicted: 6 months jail/6 months jail |
| 11/13/00 | Yuma, Arizona | Driving under the influence | Convicted: 1 day in jail |
| 02/17/01 | Phoenix, Arizona | Driving under the influence | Convicted: 1 day in jail |
| 07/01/01 | Yuma, Arizona | Hit and run | Unknown |
| 09/15/01 | Yuma, Arizona | Assault | Convicted: 30 days jail/3 years probation |
| 12/14/01 | Yuma, Arizona | Illegal Entry | Convicted: 6 months jail |
| 01/17/02 | Phoenix, Arizona | Illegal Entry | Convicted: 6 months jail |
| 05/05/03 | Yuma, Arizona | Aggravated Driving under the influence/drug paraphernalia/failure to comply with a court order | Unknown |
| 08/13/03 | Yuma, Arizona | Illegal Entry | Convicted: 4 months jail |

Narrative:  The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 28, 2008, near Yuma, Arizona. Questioning of the Defendant revealed that the defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

Records checks showed that the Defendant had a Lawfully Admitted for Permanent Residence card. The card had the Defendant's picture on it, but the name Daniel RODRIGUEZ-Laguna. The Defendant admitted that the card was his, but stated that he had bought it, and it was fake.

By questioning the Defendant and through record checks, ICE agents determined that on or about December 10, 2003, the Defendant had been excluded from the United States through the Nogales, Arizona Port of Entry. The Defendant admitted to being previously deported from the United States but claimed to be a United States citizen. The Defendant maintained that he was born in Sun Valley California. Agents attempted to contact the Defendant's parents for confirmation but the Defendant's parents could not be reached. Agents also contacted the Los Angeles County Office of Vital Statistics to try to confirm the Defendant's claim to U.S. citizenship, but they could not find any record of a person by the name of David RODRIGUEZ-Salazar being born on May 16, 1965 (the date he gave as being his date of birth, which he later changed to April 16, 1965.)

Agents determined that on or about January 21, 2008, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States. Agents determined that the Defendant had entered the United States, near, but not through, the Algodones Port of Entry in California. Records checks revealed that the Defendant had been previously excluded and deported from the United States on four previous occasions: 6/14/2002: excluded from Nogales Port of Entry (POE), 11/19/1999: deported from El Paso POE, 9/9/1998: excluded from Laredo, Texas POE, 02/25/1998: set up for prosecution in San Luis, Arizona.

Charges:    8 USC§1325                            (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____February 28, 2008_____
Date

_____
Signature of Judicial Officer